IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE MAURICE DANSBY, | ] |
| Plaintiff, | ] |
| v. | ] Case No.: 2:04-cv-1127-LSC-PWG |
| VARNER, ET AL., | ] |
| Defendants. | ] |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 26, 2006, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on August 7, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

Done this 21st day of August 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153